FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,            )<br>                                  )<br>     vs.                          )<br>                                  )<br>  Vincent Wilson                  )<br>                                  )<br>           Defendant.            )<br>_____) | Case No.: CR 09-00476-ODW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __C D Cal__ for alleged violation(s) of the terms and conditions of his/~~her~~ [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __no evid submitted by ∆; insufficient surety;__

1 _previous use of multiple aliases + DOBs, SSNs_

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _no evid by △_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/28/13

_[signature]_
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE